# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MANUEL GREG AGUILAR,**

    **Plaintiff,**

    vs.                                         **CIV. NO. 15-896-SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

Pursuant to the parties' Stipulation to Expunge All Copies of the Administrative Record and the Defendant's Unopposed Motion to Seal the Supplemental Administrative Record, **IT IS HEREBY ORDERED** that:

1. All copies of the Certified Administrative Record filed on April 1, 2016 (Doc. 11) in the possession of the Plaintiff's attorney(s), the Assistant United States Attorney, and the agency attorney assigned to this case will be destroyed.

2. All hard copies and electronic copies of the Certified Administrative Record filed on April 1, 2016 (Doc. 11) will be destroyed by the Court, including the documents available via the CM/ECF system.

3. The Commissioner will file a Supplemental Certified Administrative Record with appropriate redactions. The Supplemental Certified Administrative Record will reflect that Pages 282-85 pertained to an individual other than the Plaintiff and were removed. Pages 282-85 in the Certified Administrative Record filed on April 1, 2016 (Doc. 11) will not be disclosed to anyone.

4. The inadvertent inclusion of Pages 282-85 in the Certified Administrative Record filed on April 1, 2016 (Doc. 11) will not be a basis for claimed error.

5. The Supplemental Certified Administrative Record will be lodged under permanent seal, allowing only the Court and the case participants access.

**AND IT IS SO ORDERED.**

SIGNED   September 15   , 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
JENNIFER A. RANDALL
Special Assistant United States Attorney

*Electronically approved 9/14/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff